UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:12-CR-17-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EMMANUEL WALLACE, III | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for the August 6, 2012, term of court in Wilmington. The case is hereby CONTINUED to the 9/4/12 term in Wilmington, North Carolina.

This 24th day of July 2012.

James C. Fox
Senior U.S. District Judge